WILLIAM Y. SHEH (SBN 221275), Member of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: williams@racclaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCCO N. CALABRESE, on behalf of WRITERS' GUILD-INDUSTRY HEALTH FUND and PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENERGY FILMS, INC., formerly known as INTERSCOPE COMMUNICATIONS, INC., formerly known as NS PRODUCTIONS, INC.; and EYAL RIMMON,<br><br>　　　　Defendants. | Case No. CV 98-0971 TJH (CWx)<br><br>[PROPOSED] RENEWAL OF JUDGMENT BY CLERK<br><br><br>[NO HEARING SCHEDULED] |

　　　Having entered a judgment on July 15, 1998 (Judgment), against defendant EYAL RIMMON (Judgment Debtor), and having reviewed the application of plaintiff ROCCO N. CALABRESE, on behalf of WRITERS' GUILD-INDUSTRY HEALTH FUND and PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN (Trust Funds), for renewal of the Judgment showing that the Judgment Debtor has failed to pay the Judgment:
/ / /

::ODMA\PCDOCS\RACC\159078\1

IT IS HEREBY ORDERED that the Judgment against the Judgment Debtor be renewed, and that, with respect to the money portion of the Judgment, the plaintiff recovers as follows:

a.  Total Judgment . . . . . . . . . . . . . . . . . $20,635.73
    (entered July 15, 1998)
b.  Less credits after judgment . . . . . . . . . $      0.00
c.  Subtotal . . . . . . . . . . . . . . . . . . . . . $20,635.73
d.  Post-Judgment Interest
    through June 20, 2008 at 5.413% . . . . . . $14,645.37
e.  Total Renewed Judgment . . . . . . . . . . . . $35,281.10

Dated: ___7/2/08___

Lori Muraoka
_____
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Submitted by:

REICH, ADELL & CVITAN
A Professional Law Corporation


By:   /s/ William Y. Sheh
        WILLIAM Y. SHEH
      Attorneys for Plaintiffs

::ODMA\PCDOCS\RACC\159078\1