| | |
|---|---|
| ROCCO N. CALABRESE, on behalf of WRITERS' GUILD-INDUSTRY HEALTH FUND and PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ENERGY FILMS, INC., formerly known as INTERSCOPE COMMUNICATIONS, INC., formerly known as NS PRODUCTIONS, INC.; and EYAL RIMMON,<br><br>　　　　　Defendants. | CASE NO.: 2:98-cv-00971-TJH-CW<br><br>[~~PROPOSED~~] RENEWAL OF DEFAULT JUDGMENT BY CLERK<br><br>[NO HEARING REQUIRED] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

　　　Having originally entered a judgment on July 15, 1998 ("Judgment") against defendant EYAL RIMMON ("Judgment Debtor"), and having had the Judgment subsequently renewed and entered against the Judgment Debtor on July 2, 2008.

　　　NOW, having renewed the application of Plaintiff, ROCCO N. CALABRESE, on behalf of WRITERS' GUILD-INDUSTRY HEALTH FUND and PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN (collectively referred to

- 1 -

320163.1

hereinafter as the "Judgment Creditors"), and upon declaration and showing that Judgment Debtor has failed to pay the total amount of said Judgment and remain indebted to Judgment Creditors.

The money Judgment against Judgment Debtor EYAL RIMMON is renewed in the amount of $52,625.96, as follows:

    a. Total prior renewed judgment (entered July 2, 2008) . . . . . . . $35,281.10
    b. Post-Judgment Interest through August 1, 2017, at 5.413% . . .$17,344.86
    c. Total renewed judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . .$52,625.96

DATED: August 10, 2017

_____
Sharon Hall-Brown
DEPUTY CLERK OF THE COURT